United States District Court
District of Connecticut
FILED AT BRIDGEPORT
November 9, 2004
Kevin F. Rowe, Clerk
By: Alvin Montz
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Docket No.: 3:00-55 (SRU) |
| DEL PETTWAY | : | November 9, 2004 |

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), and Rule 32.1 of the Federal Rules of Criminal Procedure, the Government hereby requests that the defendant be ordered detained pending a hearing on a petition to revoke supervised release.

**I.    Eligibility of Case**

This case is eligible for pretrial detention because it involves:

___    a crime of violence as defined in Title 18, United States Code, Section 3156;

___    an offense for which the maximum sentence is life imprisonment or death;

___    an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or section 1 of the Act of September 15, 1980 (21 U.S.C. §955a);

___    any felony committed after the defendant has been convicted of two or more of the prior two offenses or two or more State or local offenses that would have been one of the prior two offenses if a circumstance giving rise to Federal jurisdiction had existed;

_X_   a serious risk that the defendant will flee; and/or

    __X__    a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

## II.   Reason for Detention

The court should detain defendant because there are no conditions of release which will reasonably assure:

    __X__    the defendant's appearance as required; and/or

    __X__    the safety of any other person and the community.

## III.   Rebuttable Presumption

The Government will invoke the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e). The presumption applies because:

    ____    the defendant has been convicted of a Federal offense described in Title 18, United States Code, Section 3142(f)(1) or of a State or local offense that would have been an offense described in Section 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed;

    ____    an offense described in Title 18, United States Code, Section 3142(e)(1) was committed while the defendant was on release pending trial for a Federal, State, or local offense; and

    ____    a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for an offense described in Title 18, United States Code, Section 3142(e)(1), whichever is later; or

___ there is probable cause to believe that the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21, U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. §951 et seq.), section 1 of the Act of September 15, 1980 (21 U.S.C. 955a), or an offense under section 924(c) of Title 18 of the United States Code.

IV.   **Time for Detention Hearing**

The Government requests that the court conduct the detention hearing:

___   at the defendant's first appearance;

_X_   after a continuance of three days.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

ALEX HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
915 Lafayette Blvd.
Bridgeport, CT 06604
(203) 696-3000
Federal Bar Number: CT08345

**CERTIFICATION**

This is to certify that on November 9, 2004, a copy of the within and foregoing was served on Attorney Paul Thomas, the defendant's attorney of record.

Alex Hernandez