UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA  :

          v.             :          CRIMINAL NO. 3:00CR00055(SRU)

DEL PETTWAY       :

### MODIFICATION OF SUPERVISED RELEASE ORDER

On November 23, 2004, the above-named releasee appeared before the Court having been charged with a violation of supervised release as set forth in the petition filed with the Court on October 29, 2004.

On this date, the Court continued the hearing on the claimed violation and modified the conditions of supervision to add the following special conditions:

The defendant shall reside for a period of up to 6 months, to commence immediately and to end on a date set by future court order, in a community confinement center and shall observe the rules of that facility.

The defendant shall participate in domestic violence counselling classes and anger management classes. The defendant shall pay all, or a portion of the costs associated with those classes, based on the defendant's ability to pay as determined by the probation officer.

The defendant shall avoid all contact directly or indirectly with Kristine Silva or her family members without the authorization of the Court or probation officer. The defendant shall comply with and adhere to the State of Connecticut Family Violence Protective Order in its entirety.

-2-

SO ORDERED

Signed this _23rd_ day of November 2004, at Bridgeport, Connecticut.

Stefan R. Underhill
U.S. District Judge