# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. DEL PETTWAY               FILED               Docket No. 3:00CR00055(SRU)

2005 JAN 25 P 5:05

## AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Jose L. Cartagena, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Del Pettway who was sentenced to 33 months of imprisonment for a violation of 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute and Distribution of Narcotics (MDMA) by the Honorable Stefan R. Underhill, U.S. District Judge, sitting in the court at Bridgeport, Connecticut on October 16, 2000, who fixed the period of supervision at 5 years which commenced on September 20, 2002 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as approved by the probation officer, which may include testing to determine if he has used drugs or alcohol. He shall pay all, or a portion of, the costs associated with such treatment, based upon his ability to pay, in an amount to be determined by the probation officer; 2) The defendant shall participate in a mental health treatment program, either inpatient or outpatient, as approved by the probation officer. The defendant shall pay all, or a portion of, the costs associated with such treatment, based upon his ability to pay, in an amount to be determined by the probation officer; 3) The defendant shall pay a fine of $3,000 to be paid in monthly instalments of $50 beginning with the first month of defendant's supervised release, subject to modification should the defendant's financial condition change. Interest shall be waived; 4) The defendant shall pay community restitution in the amount of $3,000, made payable to the DARE Program in Trumbull, Connecticut or any other area charitable drug prevention program, to be paid in monthly installments of $50 beginning with the first month of defendant's supervised release, subject to modification should the defendant's financial condition change. Interest shall be waived. A $200 special assessment is mandatory.

On September 12, 2003, Mr. Pettway was found in violation of supervised release and sentenced to 12 months and a day with 2 years of supervised release to follow. The original special conditions were re-imposed. Mr. Pettway commenced supervision on July 9, 2004.

On November 23, 2004, Mr. Pettway appeared before the Court having been charged with a violation of supervised release. The Court continued the hearing on the claimed violation and modified the conditions of supervision to add the following special conditions:

1) The defendant shall reside for a period of up to 6 months, to commence immediately and to end on a date set by future court order, in a community confinement center and shall observe the rules of that facility; 2) The defendant shall participate in domestic violence counseling classes and anger management classes. The defendant shall pay all, or a portion of the costs associated with those classes, based on the defendant's ability to pay as determined by the probation officer; 3) The defendant shall avoid all contact directly or indirectly with Kristine Silva or her family members without the authorization of the Court or probation officer. The defendant shall comply with and adhere to the State of Connecticut Family Violence Protective Order in its entirety.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
The defendant is being cited for violating the following conditions of supervised release:

Charge #1:  Mandatory Condition-"While on supervised release you shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance." On October 24, 2004, the Trumbull Police Department arrested Mr. Pettway and charged him with Assault 2nd Degree, Threatening 2nd Degree, Criminal Mischief 3rd Degree and Disorderly Conduct. Mr. Pettway is being held on a $35,000 bond. On October 29, 2004, the State's Attorney's Office informed the Probation Office that the Assault 2nd charge was downgraded to Assault 3rd Degree. Mr. Pettway's next scheduled court appearance is November 10, 2004.

On January 25, 2005, the Manchester Police Department arrested Mr. Pettway at the halfway house, and charged him with Threatening and Violation of a Protective Order. He is scheduled in Court on January 26, 2005 and is being held on a $5,000 bond. The Trumbull Police Department also have a outstanding warrant for Mr. Pettway for Failure to Appear on his state assault charges.

Charge #2:  Standard Condition-" You shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer." Mr. Pettway was arrested on October 24, 2004 and has failed to notify the Probation Office.

Charge #3:  Special Condition-"The defendant shall reside for a period of up to 6 months, to commence immediately and to end on a date set by future court order, in a community confinement center and shall observe the rules of that facility." Mr. Pettway violated the rules and regulations of the halfway house by being arrested on new criminal charges and being in possession of a cell phone.

Charge #4:  Special Condition-"The defendant shall avoid all contact directly or indirectly with Kristine Silva or her family members without the authorization of the Court or probation officer. The defendant shall comply with and adhere to the State of Connecticut Family Violence Protective Order in its entirety." Mr. Pettway used a cell phone, which police found in his possession, to call Kristine Silva and allegedly threaten her. Ms. Silva contacted the police and Mr. Pettway was arrested and charged with Threatening and Violating a Protective Order.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue and lodged as a detainer tolling the term of supervision.

**ORDER OF COURT**
Considered and ordered this 25th day of January, 2005 and ordered filed and made a part of the records in the above case

Stefan R. Underhill
United States District Judge

Sworn to By

Jose L. Cartagena
United States Probation Officer

Place Bridgeport, CT

Date 1/25/05

Before me, the Honorable Stefan R. Underhill, United States District Judge, on this 25th day of January, 2005 at Bridgeport, Connecticut, U.S. Probation Officer Jose L. Cartagena appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

Stefan R. Underhill
United States District Judge