UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : DOCKET NO. 3:00-CR-00055(SRU) |
| | : |
| DEL PETTWAY | : FEBRUARY 9, 2005 |

APPLICATION FOR AMENDED WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Alina P. Reynolds, Assistant United States Attorney for the District of Connecticut, and respectfully informs this Honorable Court:

1. On Thursday, February 10, 2005 at 11:00 a.m., there will come before this Court, at Bridgeport, Connecticut, the criminal case of United States of America v. Del Pettway, Inmate #223291, Docket No. 3:00-CR-00055(SRU).

2. That the above named defendant, Del Pettway, Inmate #223291, is charged in an amended petition on probation and supervised release with violating the conditions of his supervised release.

3. That the said Del Pettway, Inmate #223291, is now confined at the Hartford Correctional Center, Hartford, Connecticut.

4. That the said Del Pettway, Inmate #223291, would be presented before the United States District Court for the District of Connecticut at said time and place so said defendant may be prosecuted for said violations, and from time to time thereafter as the case may be adjourned to.

5. That on February 8, 2005, Magistrate Judge Fitzsimmons issued a Writ of Habeas Corpus Ad Prosequendum to have Del Pettway produced before the Court

on February 10, 2005 at 11:00 a.m., which writ, as presented to the Court, inadvertently contained an incorrect description of the reason for having Del Pettway brought before this Court. Accordingly, the undersigned seeks this amended writ.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden of the Hartford Correctional Center, Hartford, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said Del Pettway Inmate #223291, at 11:00 a.m. on Thursday, February 10, 2005, before the Honorable Stefan R. Underhill, United States Judge, United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


ALINA P. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
915 Lafayette Boulevard  Room 309
Bridgeport, Connecticut 06604
(203) 579-5596
Federal Bar No. ct14968