| | |
|---|---|
| STATE OF CONNECTICUT | : |
| | :ss: Bridgeport, February 9, 2005 |
| COUNTY OF FAIRFIELD | : |

    Personally appeared before me, Alina P. Reynolds, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that she has read the foregoing application, that she is familiar with the content of the same, and that the same is true of her own knowledge, except as to such matters therein alleged on information and belief, and as to such matters, she believes them to be true.

 

_____      _____
                                                                                 Diane M. Jones
                                                                                 Notary Public
                                                                                 My Commission Expires: 2/28/2009