THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN OF THE HARTFORD CORRECTIONAL CENTER, HARTFORD, CONNECTICUT AND THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of **DEL PETTWAY**, **Inmate #223291**, now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said **DEL PETTWAY, Inmate #223291**, before the Honorable, STEFAN R. UNDERHILL, United States Judge, United States District Court for the District of Connecticut, 915 Lafayette Boulevard, Connecticut, on THURSDAY, February 10, 2005 at 11:00 a.m., and from time to time thereafter as the case may be adjourned to, in connection with an amended petition on probation and supervised release charging **DEL PETTWAY, Inmate #223291**, with violating the conditions of his supervised release. Immediately thereafter, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said **DEL PETTWAY, Inmate #223291** to the Warden of the Hartford Correctional Center, Hartford, Connecticut under safe and secure conduct.

| | |
|---|---|
| The following Writ is hereby allowed. Dated at Bridgeport, Connecticut, this _____ day of February, 2005. | KEVIN F. ROWE<br>CLERK, U.S. DISTRICT COURT<br><br>_____<br>DEPUTY CLERK |

_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE