UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| V. : | CRIMINAL NO: 3:00CR00055(SRU) |
| : | |
| DEL PETTWAY : | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(d) of the Local Rules of this Court, the undersigned, being a member of the Bar of this Court, moves this Court to permit Paul A. Murphy, who recently was appointed an Assistant United States Attorney for the District of Connecticut, to appear for the Government in this case. This motion is supported by the accompanying affidavit of Paul A. Murphy.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JAMES J. FINNERTY
ASSISTANT UNITED STATES ATTORNEY
FED. BAR NO. ct15203
UNITED STATES ATTORNEY'S OFFICE
915 Lafayette Boulevard, Third Floor
Bridgeport, CT  06604
Tel (203)696-3000
Fax (203)579-5550

C E R T I F I C A T I O N

A copy of the foregoing motion has been sent this 10th day of February, 2005 via hand-delivery to the following counsel of record:

Paul Thomas, Esq.
2 Whitney Ave., Suite 300
New Haven, CT 06510

JAMES J. FINNERTY
ASSISTANT UNITED STATES ATTORNEY

STATE OF CONNECTICUT          :

                                       :   ss:    Bridgeport, Connecticut

COUNTY OF FAIRFIELD            :

## **A F F I D A V I T**

The undersigned affiant, being duly sworn, does hereby depose and say:

1. I, Paul A. Murphy, make this affidavit in support of the government's motion for my admission pro hac vice in the case of <u>United States v. Del Pettway</u>, Docket No. 3:00CR00055(SRU).

2. Pursuant to Rule 83.1(d)(1) of the Rules of the United States District Court for the District of Connecticut, I provide the following information in support of the above-referenced motion:

    a. My office address is the United States Attorney's Office, 915 Lafayette Boulevard, Room 309, Bridgeport, CT 06604; my office telephone number is (203) 696-3000 and facsimile number is (203) 579-5575; and my e-mail address is Paul.Murphy@usdoj.gov;

    b. I am a member of the Bars of the State of New York, the District of Columbia, the U.S. District Court for the Eastern District of New York, the U.S. District Court for the Southern District of New York, and the U.S. Court of Appeals for the Ninth Circuit.

    c. I have not been denied admission or disciplined by the U.S. District Court for the District of Connecticut or any

other court; and

      d. I have fully reviewed and am familiar with the Rules for the United States District Court for the District of Connecticut.

_____
PAUL A. MURPHY

Subscribed and sworn to before me on February 10, 2005, at Bridgeport, Connecticut.

_____
JAMES J. FINNERTY
COMMISSIONER OF THE
SUPERIOR COURT OF STATE
OF CONNECTICUT

2