UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB -8 P 12: 52
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| UNITED STATES OF AMERICA | : | |
| :--- | :--- | :--- |
| V. | : | DOCKET NO. 3:00-CR-00055(SRU) |
| NO. | : | |
| DEL PETTWAY | : | FEBRUARY 8, 2005 |

APPLICATION FOR WRIT OF HABEAS CORPUS

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Brian E. Spears, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. It is requested, that on February 10, 2005, at 11:00 a.m., **DEL PETTWAY, Inmate #223291** be turned over to the United States Marshal Service in Bridgeport, Connecticut, with respect to a matter related to an on-going investigation.

2. That the said person is now confined at the Hartford Correctional Center.

3. That it is requested that the said facility turn over the said person to the United States Marshal Service in Bridgeport, Connecticut, at said time and place for matters related to an on-going investigation.

WHEREFORE, your petitioner respectfully prays that the Court may issue its Writ of Habeas Corpus to the Warden of the Hartford

1

Correctional Center, ordering him to produce the said person, at the said facility on February 10, 2005, at 11:00 a.m., and from time to time thereafter, and to keep and maintain the defendant in federal custody until such time as he may be returned to the custody of the Hartford Correctional Center, under proper, safe and secure conduct.

                                       UNITED STATES OF AMERICA

                                       KEVIN J. O'CONNOR
                                       UNITED STATES ATTORNEY

                                       BRIAN E. SPEARS
                                       ASSISTANT UNITED STATES ATTORNEY
                                       United States Attorney's Office
                                       United States Courthouse
                                       915 Lafayette Boulevard
                                       Bridgeport, CT 06604
                                       Tel: (203) 696-3000
                                       Federal Bar No. CT14240

3:00 cr 55(SRU)

STATE OF CONNECTICUT         :
                             :    ss: Bridgeport, CT
COUNTY OF FAIRFIELD           :

Personally appeared before me, BRIAN E. SPEARS, ASSISTANT UNITED STATES ATTORNEY for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the content of the same, and that the same is true of his own knowledge, except as to such matters therein alleged on information and belief, and as to such matters, he believes them to be true.

_____
DIANE M. JONES
Notary Public
My Commission Expires: 2/28/2009

4