**DOCKET NO. 3:00CR55(SRU)**

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN OF COMMUNITY CORRECTIONAL INSTITUTION, HARTFORD, CONNECTICUT AND THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of DEL PETTWAY, Inmate No. 223291 now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said DEL PETTWAY, Inmate No. 223291, before the Honorable Stefan R. Underhill, United States District Judge, United States District Court for the District of Connecticut, 915 Lafayette Boulevard, Bridgeport, Connecticut, on Thursday, June 16, 2005 at 10:00 a.m., and from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said DEL PETTWAY, Inmate No. 223291 for Title 18, United States Code, Section 3583(e).  Immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said DEL PETTWAY. Inmate No. 223291 to the Warden of Community Correctional Center, Hartford, Connecticut under safe and secure conduct.

| | |
|---|---|
| The following Writ is hereby allowed.  Dated at Bridgeport, Connecticut, this _____ day of June, 2005. | _____KEVIN F. ROWE_____<br>CLERK, U.S. DISTRICT COURT<br><br>_____<br>DEPUTY CLERK |

_____
STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | DOCKET NO. 3:00CR55(SRU) |
| : | |
| DEL PETTWAY : | |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Alex V. Hernandez, Assistant United States Attorney for the District of Connecticut, and respectfully informs this Honorable Court:

1. On Thursday, June 16, 2005 at 10:00 a.m., there will come before this Court, at Bridgeport, Connecticut, the criminal case of United States v. Del Pettway, Docket No. 3:00CR55(SRU).

2. That the above named defendant, DEL PETTWAY, Inmate No. 223291 is charged in violation of Title 18, United States Code, Section 3583(e), Violation of Supervised Release.

3. That the said DEL PETTWAY, Inmate No. 223291 is now confined at the Community Correctional Center, Hartford, Connecticut.

4. That the said DEL PETTWAY, Inmate No. 223291 would be presented before the United States District Court for the District of Connecticut at said time and place so said defendant may be prosecuted for said offenses, and from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden of the Community Correctional Center, Hartford, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said DEL PETTWAY, Inmate No. 223291 at 10:00 a.m. on Thursday, June 16, 2005, before the Honorable Stefan R. Underhill, United States District Judge, United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

    UNITED STATES OF AMERICA

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    ALEX V. HERNANDEZ
    ASSISTANT UNITED STATES ATTORNEY
    United States Attorney's Office
    915 Lafayette Boulevard  Room 309
    Bridgeport, Connecticut 06604
    (203) 579-5596
    FEDERAL BAR NO. ct08345

| | |
|---|---|
| STATE OF CONNECTICUT | : |
| | :ss: Bridgeport, June 14, 2005 |
| COUNTY OF FAIRFIELD | : |

Personally appeared before me, Stephen B. Reynolds, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the content of the same, and that the same is true of his own knowledge, except as to such matters therein alleged on information and belief, and as to such matters, he believes them to be true.

_____
STEPHEN B. REYNOLDS
COMMISSIONER THE SUPERIOR COURT