AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of    CONNECTICUT

FILED
2005 JUN 16 P 3:54

US DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA
V.

DEL PETTWAY

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:    3:00CR00055(SRU)

USM Number:    13820-014

Paul Thomas, AFPD
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  mandatory, standard, special conditions  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Charge 1 | While on supervised release you shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance. | 1/25/05 |
| Charge 2 | You shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. | 10/24/04 |
| Charge 3 | The defendant shall reside for a period of up to 6 months, to commence immediately and to end on a date set by future court order, in a community confinement center and shall observe the rules of the facility. | 1/25/05 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  3317

Defendant's Date of Birth:  1977

Defendant's Residence Address:

6 Lane Ave.

Trumbull, CT 06611

Defendant's Mailing Address:

6/16/2005
Date of Imposition of Judgment

Signature of Judge

Stefan R. Underhill, United States District Judge
Name and Title of Judge

June 16, 2005
Date

DEFENDANT: DEL PETTWAY
CASE NUMBER: 3:00CR00055(SRU)

Judgment—Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Charge 4 | The defendant shall avoid all contact directly or indirectly with Kristine Silva or her family members without the authorization of the Court or probation officer. The defendant shall comply with and adhere to the State of Connecticut Family Violence Protective Order in its entirety. | 1/25/05 |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

| | | Judgment — Page 3 of 3 |
|---|---|---|
| DEFENDANT: | DEL PETTWAY | |
| CASE NUMBER: | 3:00CR00055(SRU) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
364 days to run consecutive to the sentence imposed by the state of Connecticut. The Court orders no supervised release to follow.

X    The court makes the following recommendations to the Bureau of Prisons:
The defendant should receive credit for time already spent in federal custody. The defendant shall participate in mental health counseling while in the custody of the Bureau of Prisons.

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL