B 19
1/82)

# United States District Court

for

## DISTRICT OF CONNECTICUT

U.S.A. vs DEL PETTWAY

Docket No. 0205-3:00CR00055-001

TO:[1]   **any United States Marshal**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named subject and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| AME OF SUBJECT<br>el Pettway | | SEX<br>Male | RACE<br>Black |
| DDRESS (STREET, CITY, STATE)<br>5 Wethersfield Ave.,  Hartford, Connecticut | | | |
| ENTENCE IMPOSED BY (NAME OF COURT)<br>S. District Court Bridgeport, Connecticut | | DATE IMPOSED<br>10/16/2000 | |
| BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>S. District Court Bridgeport, Connecticut | | | |
| CLERK<br>evin Rowe | (BY) DEPUTY CLERK | DATE<br>1/26/05 | |

| RETURN | | | |
|---|---|---|---|
| arrant received and executed | DATE RECEIVED<br>1/28/05 | DATE EXECUTED<br>1/26/05 | |
| XECUTING AGENCY (NAME AND ADDRESS)<br>Manchester PD   Did not recieve origonal | | | |
| AME<br>DUSM Lawrence Bobnick | (BY)<br>cA David Across- | DATE<br>8/2/05 | |

y United States Marshal or any other authorized officer;" for the District of Connecticut;" or "any Special Agent of the Federal eau of Investigation;" or "any agent of the Alcohol Tax Unit."

A True Copy
ATTEST

KEVIN F. ROWE
Clerk, U. S. District Court

By................................
Deputy Clerk